IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRENT SHIFLEY**                                                                             **PLAINTIFF**
**ADC # 169899**

v.                         Case No. 4:25-cv-00391-JM-JTK

**DEXTER PAYNE, et al.**                                                  **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney. After carefully considering Mr. Shifley's timely filed objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's Motion for Preliminary Injunction (Doc. No. 5) is denied, and

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an <u>in forma pauperis</u> appeal from any Order adopting these recommendations would not be taken in good faith.

Dated this 9th day of June, 2025.

_____
UNITED STATES DISTRICT JUDGE