# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**BRENT SHIFLEY**  **PLAINTIFF**
**ADC # 169899**

v.  Case No. 4:25-cv-00391-JM-JTK

**DEXTER PAYNE, et al.**  **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Budnick, Stevie, Lewis, Cochran, Johnson, Bradley, Wendy Kelly, Well Path Medical, Arnold, Does, Adams, Hubbard, Keshon Randall, Davis, and Wilkins are TERMINATED as parties to this action as no claims are currently pending against them.

2. Plaintiff's claims against Defendants Louis, A.J. Johnson, and Jasper are DISMISSED for failure to state a claim on which relief may be granted.

3. Defendants Louis, A.J. Johnson, and Jasper are TERMINATED as parties to this action.

4. Plaintiff's grievance-related claims are DISMISSED without prejudice for failure to state a claim on which relief may be granted.

2

5. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an <u>in forma pauperis</u> appeal from any Order adopting these recommendations would not be taken in good faith.

Dated this 10th day of June, 2025.

_____
UNITED STATES DISTRICT JUDGE