IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRENT SHIFLEY**                                                                                    **PLAINTIFF**
**ADC # 169899**

**v.**                                   **CASE NO. 4:25-cv-00391-JM-JTK**

**DEXTER PAYNE, et al.**                                                                      **DEFENDANTS**


## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney.    After carefully considering Mr. Shifley's objections (Doc. 63) and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's motion for extension of time (Doc. No. 62) is GRANTED.

2. The ADC Defendants' Motion for Summary Judgment on the issue of exhaustion (Doc. No. 45) is GRANTED.

3. Plaintiff's claims against the ADC Defendants are DISMISSED without prejudice for failure to exhaust administrative remedies.

3. Defendants Payne, Ball, Moore, Jackson, Louis-Bourgeois, and Randle are TERMINATED as parties to this action.

Dated this 6th day of April, 2026.


_____
UNITED STATES DISTRICT JUDGE